UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x     Chapter 11
-----
                                                 :     Case No.01-13591

In re

                                                 :     Adv. Proceeding No. _____

        H.C. ENTERTAINMENT CORP.,

                                                 :

                       Debtor.

                                                 x
------------------------------------------------------
------

WATERFRONT N.Y., L.P.,                    :

                       Plaintiff,        :
         -against-                     **COMPLAINT**
                                             :

H.C. ENTERTAINMENT CORP,

                                             :

                       Defendant.
---------------------------------------------------------------x

        Plaintiff, Waterfront N.Y., L.P. ("Plaintiff"), by and through its attorneys, LeBoeuf,

Lamb, Greene & MacRae, L.L.P., as and for its Complaint (1) for an Order compelling H.C.

Entertainment Corp., the debtor and debtor-in-possession herein (the "Defendant" or "Debtor"), to

provide adequate proof of insurance coverage, or, if it is unable to do so, (2) for an Order compelling

Defendant to cease all operation of its nightclub, known as the Tunnel, which it operates at the premises

owned and leased from Plaintiff, respectfully alleges as follows:

        1.   Plaintiff repeats, realleges and incorporates by reference all of the allegations

contained in the Motion Of Waterfront N.Y., L.P. For An Order Pursuant To Bankruptcy Code

Section 105(a)  Compelling Debtor To (1) Provide Adequate Proof Of Insurance Coverage Or

(2) Cease Operations, dated July 20, 2001, submitted in this case to the Hon. Robert E.  Gerber,  a

copy of which is annexed hereto as Exhibit "A".

        **WHEREFORE**, Plaintiff respectfully requests that the Court (1) compel the

Defendant to provide adequate proof of insurance coverage, and, if the Defendant is unable to do so,

(2) enter an order compelling the Defendant to cease operation of the Tunnel nightclub, subject to

further order of the Court and (3) grant such other and further relief as the Court deems just and

proper.

Dated:  New York, New York
      August 8, 2001

            **LeBoeuf, LAMB, GREENE & MacRAE**
                **L.L.P.**

       By:   s/Jay G. Safer
         John P. Campo (JC-5241)
         Jay G. Safer (JS-4609)
       125 West 55th Street
       New York, New York  10019
       (212) 424-8000

       Counsel for Waterfront N.Y., L.P.

388725